| | |
|---|---|
| In re: | Case No. 22-00931-MJC |
| Jennifer Mae Carpenter | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: May 23, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Mae Carpenter, 2119 Northampton Street, Easton, PA 18042-3141 |
| | + | Caleb N. Moitui, 88 Jefferson Street, Easton, PA 18042-5488 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jennifer Mae Carpenter<br>lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 3

CREDS, FMDueD1, MEANSNO, 2002

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Wilkes-Barre)
### Bankruptcy Petition #: 5:22-bk-00931-MJC
#### Internal Use Only

*Date filed:* 05/19/2022
*341 meeting:* 07/08/2022
*Deadline for objecting to discharge:* 09/06/2022
*Deadline for financial mgmt. course:* 09/06/2022

*Assigned to:* Honorable Mark J Conway
Chapter 7
Voluntary
No asset

*Debtor 1*
**Jennifer Mae Carpenter**
2119 Northampton Street
Easton, PA 18042
MONROE-PA
SSN / ITIN: 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
*aka* Jennifer M. Carpenter
*aka* Jennifer Carpenter
*aka* Jennifer Bysher
*aka* Jennifer Mae Bysher
*aka* Jennifer M. Bysher

represented by **Vincent Rubino**
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
570 421-9090
Fax : 570 421-6835
Email: VRubino@newmanwilliams.com

CERTIFIED FROM
THE RECORD



By: Pamela Radginski
Deputy Clerk
May 23, 2022

*Trustee*
**John J Martin (Trustee)**
Law Offices of John J Martin
1022 Court Street
Honesdale, PA 18431
570 253-6899

*Asst. U.S. Trustee*
**United States Trustee**
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
717 221-4515

| Filing Date | # | Docket Text |
|---|---|---|
| 05/19/2022 | 1 | Chapter 7 Voluntary Petition for an Individual . Filing fee due in the amount of $ 338.00 Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter. (Rubino, Vincent) (Entered: 05/19/2022) |
| 05/19/2022 | 2 | Statement About Your Social Security Numbers (Document is restricted.) Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter (RE: related document(s)1). (Rubino, Vincent) (Entered: 05/19/2022) |
| 05/19/2022 | 3 | Creditor List Uploaded. (There is no image or paper document associated with this entry.) Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter (RE: related document(s)1). (Rubino, Vincent) (Entered: 05/19/2022) |

| Date | Doc # | Description |
|---|---|---|
| 05/19/2022 | | Receipt of Voluntary Petition (Chapter 7)( 5:22-bk-00931) [misc,volp7a] ( 338.00) filing fee. Receipt number A10321424, amount $ 338.00. (RE: related document(s)1). (U.S. Treasury) (Entered: 05/19/2022) |
| 05/19/2022 | 4 | Certificate of Credit Counseling for Debtor 1 Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter (RE: related document(s)1). (Rubino, Vincent) (Entered: 05/19/2022) |
| 05/19/2022 | 5 | Employee Income Records Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter. (Rubino, Vincent) (Entered: 05/19/2022) |
| 05/20/2022 | 6 | Meeting of Creditors and Appointment of Trustee. RE: related document(s)1). 341(a) meeting to be held 07/08/2022 at 09:00 AM - (Stroudsburg) The 341 meeting will be conducted by telephone. Refer to the call-in instructions. Last day to oppose discharge or dischargeability is 9/6/2022. Financial Management Certification due by 9/6/2022. (Miscevich, Jennifer) (Entered: 05/20/2022) |
| 05/20/2022 | 7 | Notice to Filing Party (Vincent Rubino): Both Official Form 101A, Initial Statement About an Eviction Judgment Against You and Form 101B, Statement About Payment of an Eviction Judgment Against You should be filed as separate docket entries and not included in with the Voluntarily Petition. (RE: related document(s)1). Clerks Office Follow-Up Due by 5/22/2022. (Radginski, Pamela) (Entered: 05/20/2022) |
| 05/20/2022 | | (private) Flags Set or Removed. 521, CCDueD1, FeeDueBK flag(s) removed. (Radginski, Pamela) (Entered: 05/20/2022) |
| 05/20/2022 | | (private) Clerk's Office Notes: *Wait until he files forms separately and see if we receive check to continue processing.* (There is no image or paper document associated with this entry.) (RE: related document(s)7). (Radginski, Pamela) (Entered: 05/20/2022) |
| 05/20/2022 | 8 | Notice of Meeting of Creditors and Appointment of Trustee. Request submitted to BNC for mailing (RE: related document(s) 6 ). (Radginski, Pamela) (Entered: 05/20/2022) |
| 05/20/2022 | 9 | Request for Notice under 2002 Filed by PRA Receivables Management, LLC. (Smith, Valerie) (Entered: 05/20/2022) |
| 05/22/2022 | 10 | BNC Certificate of Notice (341 Meeting Notice (Chapter 7)) (RE: related document(s)8). Notice Date 05/22/2022. (Admin.) (Entered: 05/23/2022) |
| 05/22/2022 | 11 | BNC Certificate of Notice (Notice) (RE: related document(s)8). Notice Date 05/22/2022. (Admin.) (Entered: 05/23/2022) |
| 05/23/2022 | 12 | Initial Statement About an of Eviction Judgment Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter (RE: related document(s)1). (Rubino, Vincent) (Entered: 05/23/2022) |
| 05/23/2022 | 13 | Statement About Payment of Eviction Judgment Filed by Vincent Rubino of Newman Williams Mishkin Corveleyn et al on behalf of Jennifer Mae Carpenter (RE: related document(s)12). (Rubino, Vincent) (Entered: 05/23/2022) |