IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jennifer Mae Carpenter a/k/a Jennifer M. Carpenter a/k/a Jennifer Carpenter a/k/a Jennifer Bysher a/k/a Jennifer Mae Bysher a/k/a Jennifer M. Bysher** | **BK NO. 22-00931 MJC** |
| | **Chapter 7** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Mortgage and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Rebecca Solarz
                                        Rebecca Solarz
                                        26 May 2022, 15:20:32, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322