| | |
|---|---|
| In re: | Case No. 22-00931-MJC |
| Jennifer Mae Carpenter | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 12, 2022 | Form ID: 318 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Mae Carpenter, 2119 Northampton Street, Easton, PA 18042-3141 |
| 5475879 | | AAA ANESTHESIA ASSOCIATES LLC, PO BOX 639447, CINCINNATI, OH 45263-9447 |
| 5475884 | + | CALEB N. MOITUI, 88 JEFERSON STREET, EASTON, PA 18042-5488 |
| 5475885 | + | CALEB N. MOTUI, 88 JEFFERSON STREET, EASTON, PA 18042-5488 |
| 5475890 | + | DAVID S.SMACCHI, ESQ., 459 WYOMING AVE., KINGSTON, PA 18704-3619 |
| 5475891 | | DELAWARE DEPT OF TRANSPORTATION, DELAWARE E-Z PASS VIOL CTR, PO BOX 697, DOVER, DE 19903-0697 |
| 5475893 | + | EASTON AREA SCHOOL, PO BOX 499, IRWIN, PA 15642-0499 |
| 5475894 | | EASTON HOSPITAL, PO BOX 503786, SAINT LOUIS, MO 63150-3786 |
| 5475895 | + | ERIK J. CONRAD, ESQ., 2550 BRODHEAD ROAD, BETHLEHEM, PA 18020-8922 |
| 5475897 | + | J.D. BYRIDER, 110 N. COURT LAND STREET, EAST STROUDSBURG, PA 18301-2104 |
| 5475898 | + | KEYSTONE COLLECTIONS GROUP, PO BOX 499, IRWIN, PA 15642-0499 |
| 5475901 | | LEHIGH VALLEY HEALTH NETWORK, PO BOX 981006, BOSTON, MA 02298-1006 |
| 5475902 | | LEHIGH VALLEY HEALTH-MUHLENBERG, PO BOX 4000, ALLENTOWN, PA 18105-4000 |
| 5475903 | + | LINEBARGER GOGGAN BLAIR & SAMPSON, 61 BROADWAY, SUITE 2600, NEW YORK, NY 10006-2840 |
| 5475904 | | MET-ED, PO BOX 3687, AKRON, OH 44309-3687 |
| 5475907 | + | MV REALTY OF PA, 600 N. 2ND STREET, STE 401, HARRISBURG, PA 17101-1071 |
| 5475911 | + | SEMPER FI PUMP SERVICES, 119 LACY LANE, SAYLORSBURG, PA 18353-8543 |
| 5475912 | | SERVICE ELECTRIC CABLE TV, PO BOX 65123, BALTIMORE, MD 21264-5123 |
| 5475913 | + | SPEED TEC OEM & PERFORMANCE, LLC, 2500 DEARBORN ST., EASTON, PA 18045-6071 |
| 5475914 | | ST. LUKES UNIVERSITY HEALTH NETWORK, PO BOX 788187, PHILADELPHIA, PA 19178-8187 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Sep 12 2022 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5475880 | | Email/Text: bankruptcy@acacceptance.com | Sep 12 2022 18:45:00 | AMERICAN CREDIT ACCEPTANCE, PO BOX 204531, DALLAS, TX 75320-4531 |
| 5475881 | + | EDI: AMSHER.COM | Sep 12 2022 23:46:00 | AMSHER COLLECTION SERVICES, 4524 SOUTHLAKE PARKWAY, SUITE 15, HOOVER, AL 35244-3271 |
| 5475882 | ^ | MEBN | Sep 12 2022 18:39:47 | APEX ASSET MGT, 2501 OREGON PIKE STE 102, LANCASTER, PA 17601-4890 |
| 5475883 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 12 2022 18:45:00 | CAINE & WEINER COMPANY INC, 5805 SEPULVEDA BLVD, 4TH FLOOR, VAN NUYS, CA 91411 |
| 5475886 | | EDI: CAPONEAUTO.COM | Sep 12 2022 23:43:00 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 5475887 | + | EDI: CAPITALONE.COM | Sep 12 2022 23:46:00 | CAPITAL ONE BANK USA N, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5475888 | | EDI: WFNNB.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 12 2022 23:45:00 | COMENITY BANK/ PEEBLES, P.O. BOX 182789, COLUMBUS, OH 43218-2789 |
| 5475889 | + | EDI: CONVERGENT.COM | Sep 12 2022 23:43:00 | CONVERGENT OUTSOURCING, 800 SW 39TH ST, RENTON, WA 98057-4927 |
| 5475892 | + | EDI: NAVIENTFKASMDOE.COM | Sep 12 2022 23:43:00 | DEPT OF ED/AIDVANTAGE, 1891 METRO CENTER DRIVE, RESTON, VA 20190-5287 |
| 5475896 | | EDI: BLUESTEM | Sep 12 2022 23:43:00 | FINGERHUT/WEB BANK, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 5475899 | ^ | MEBN | Sep 12 2022 18:39:50 | KIA MOTOR FINANCE, 10550 TALBERT AVENUE, FOUNTAIN VALLEY, CA 92708-6031 |
| 5475900 | + | Email/Text: bankruptcy@kikoff.com | Sep 12 2022 18:45:00 | KIKOFF LENDING, LLC, 75 BROADWAY SUITE 226, SAN FRANCISCO, CA 94111-1458 |
| 5475905 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 18:45:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5475906 | | EDI: AISMIDFIRST | Sep 12 2022 23:47:00 | MIDLAND MORTGAGE, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 5475908 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 12 2022 18:45:00 | NJ EZ PASS, VIOLATIONS PROCESSING CTR, PO BOX 4971, TRENTON, NJ 08650 |
| 5476251 | + | EDI: RECOVERYCORP.COM | Sep 12 2022 23:44:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5475909 | | Email/Text: bankruptcies@penncredit.com | Sep 12 2022 18:45:00 | PENN CREDIT CORP, 2800 COMMERCE DRIVE, HARRISBURG, PA 17110 |
| 5475910 | + | Email/Text: joey@rmscollect.com | Sep 12 2022 18:45:00 | RECEIVABLES MANAGEMENT SYSTEMS, 7206 HULL ST STE 211, RICHMOND, VA 23235-5826 |
| 5475915 | | EDI: WFHOME | Sep 12 2022 23:45:00 | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST MORTGAGE bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jennifer Mae Carpenter lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Jennifer Mae Carpenter <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8993 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22-bk-00931-MJC | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer Mae Carpenter
aka Jennifer Carpenter, aka Jennifer M. Carpenter, aka Jennifer Bysher, aka Jennifer M. Bysher, aka Jennifer Mae Bysher

9/12/22

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2